John BACCUS, a/k/a John Roosevelt Baccus, Plaintiff–Appellant,

v.

Lewis A. SCOTT, et al., Defendant–Appellee.

No. 11–7070.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

John Roosevelt Baccus, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellee.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Roosevelt Baccus appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Baccus v. Scott*, No. 9:10–cv–02862–DCN, 2011 WL 3104129 (D.S.C. July 25, 2011). We deny Baccus's

motions to compel the district court clerk's office to provide copies of documents, for a transcript at Government expense, to review the record in the clerk's office, and to consolidate this appeal with No. 11–7101.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*